December 31, 2023

**Subject: Status Report - Case No. 3:23-cv-30043-MGM**

Dear Judge Mastroianni,

I trust this message finds you well. Pursuant to your order, I am submitting a status report on Case No. 3:23-cv-30043-MGM, Ly v. Luxury Logistics, LLC. et al.

After effectuating service upon Luxury Logistics, further efforts to serve the defendants, particularly the CEO of Belmont Moving, have encountered challenges as they evaded service in West Palm Beach, Florida. Despite persistent attempts prior and since the case's reopening on 9/12/2023, these efforts have regrettably proven unsuccessful. Notably, it has come to light that the same individuals associated with Belmont Moving are now also operating under a new entity, Long Haul Moving.

To enhance progress, a strategic approach has been adopted. By posing as a prospective customer conducting due diligence, over the past two months, quotes have been obtained from Long Haul, moving. The intention is to travel to West Palm Beach, Florida in January, engaging a local private investigator to ensure direct and proper service upon both the CEO of Belmont Moving and the individuals associated with Belmont Moving/Long Haul Moving.

I am dedicated to expediting the proceedings and remain committed to providing a comprehensive update on or before 02/05/2024.

Thank you for your understanding and consideration.

Respectfully,


Mohamed Ly