FEB5'24 PM3:55 USDC

**Case No. 3:23-cv-30043-MGM**

PLAINTIFF'S MOTION TO TREAT DEFENDANTS AS A SINGLE AND SAME ENTITY

Plaintiff, hereby files this Motion to Treat Defendants Belmont Moving & Storage LLC and Long Haul Moving & Storage LLC as a Single Entity, and in support states:

1. This action arises out of abusive and deceptive practices by Defendants as part of a move from NJ to MA, that stretch from May 2022, to-date.

2. There are extensive overlaps between Defendants Belmont Moving and Long Haul Moving, suggesting they are operating as a single entity.

3. Specifically, Defendants share the same registered agent, Sean Pristasch, at the identical business address of 1280 Old Congress Ave, 217 West Palm Beach, FL 33409.

4. The manager of Belmont Moving, Sean Pristasch, is also the registered agent for both companies.

5. The original registered office address for Belmont Moving is the same as the principal and mailing address listed for Long Haul Moving when it was formed.

6. Both companies were formed within weeks of each other in May 2021, implying coordination.

7. The companies' names suggest engagement in the same business and joint operation.

8. Defendants appear to use fake addresses and deceased persons' information to hide ownership.

9. Based on the above, Defendants Belmont Moving and Long Haul Moving are entwined in leadership, address, activities, and ownership such that they should be treated as a single entity for purposes of liability and accountability.

WHEREFORE, Plaintiff respectfully requests this Court enter an Order treating Defendants Belmont Moving & Storage LLC and Long Haul Moving & Storage LLC as a single entity for purposes of this case, and for such other and further relief as the Court deems just and proper.

DATED this ___ day of _Feb_, 2024

Respectfully submitted,

Mohamed Ly