**Re: Case No. 3:23-cv-30043-MGM - Ly v. Luxury Logistics, LLC. et al**          2/14/2024

**Re: Update and Correction for the Court**

Dear Judge Mastroianni,

I hope this letter finds you well. I am writing to bring to the court's attention a crucial correction regarding the status of service in the case of Ly v. Luxury Logistics, LLC. et al, Case No. 3:23-cv-30043-MGM. Upon a thorough review of all the information at my disposal, I have discovered a significant error that had led to unnecessary and redundant efforts for service, even though that was, in fact, completed since June of 2023. For that, I sincerely apologize, Your Honor.

After receiving your decision on my latest motions, I went back over all my communications with the Palm Beach Sheriff's Office. During our phone calls, they had repeatedly expressed frustration at the challenges they were encountering in reaching Mr. Sean Pristasch and Co., for service. It was abundantly conveyed to me that there were difficulties, with Mr. Pristasch being a no-show on several occasions despite agreed-upon locations and times for service. This led me to believe that service might not have been successful, as corroborated by the return on no service they initially sent, which I'd promptly filed.

Unfortunately, because my family has been displaced since March 2023, and we've been moving around, due to the loss of use, following water damages, there was another piece of mail from the Palm Beach Sheriff's Office which we'd missed, until recently. As it turns out, subsequently, they also had sent a notice of successful service which renders all recent efforts unnecessary, as service was actually already completed.

Again, upon further examination of the documents and mail received, I discovered that service was, in fact, effectuated on July 14, 2023. I am writing to correct this miscommunication and to request the court's consideration of a Motion for Default Judgment based on the confirmed service. The attached affidavits of [prior] non-service and [subsequently] of Service attest to the facts.

In short, while service was not successful initially, the Palm Beach Sheriff's Office persisted in the face of multiple no-shows by the defendants and ultimately made contact to successfully serve Mr. Sean Pristasch, on July 14, 2023, at 3840 Green Forest Dr., in Boynton Beach, FL.

**Background:**
Service on Mr. Sean Pristasch has been successfully executed, contradicting my earlier understanding. With this information, I respectfully move for a Motion for Default Judgment due to the defendants' lack of response within the allotted time, as required by the rules and laws governing this case.

1

**Legal Basis for Default Judgment:**

1. **Rule of Law:** Pursuant to applicable rules and laws, specifically Rule 55, when a defendant fails to respond within the prescribed timeframe, the plaintiff is entitled to seek a default judgment.
2. **Service Confirmed:** With the confirmed service on Mr. Sean Pristasch, the defendants have had sufficient time to respond, and their failure to do so warrants a default judgment.

**Requested Relief:**

I respectfully request the court to consider and grant a Motion for Default Judgment against the defendants, including but not limited to Luxury Logistics, LLC, Belmont Moving & Storage, Long Haul Moving & Storage, and any affiliated entities.

**Supporting Documentation:**

1. Proof of Service on Mr. Sean Pristasch (enclosed).
2. Preceding notice of non-service.
3. Timeline of Service Attempts.

**Punitive Damages:**

Considering the defendants' failure to respond and the time that has elapsed, I also request the court to consider awarding punitive damages as deemed appropriate under the circumstances.

I acknowledge this missing piece of information all this time has led to redundant efforts to satisfy a requirement that had long before been met. For that, I sincerely apologize to the Court and much appreciate the court's understanding, and the generous lenience extended throughout this process.

Considering that service was, in fact, effectuated and defendants have failed to come forth and respond before this Court, I plead with your Honor to grant the requested reliefs and impose fitting punishment upon defendants.

Thank you very much.

Respectfully Submitted,

Mohamed Ly

2