# MOTION FOR NOTICE OF DEFAULT JUDGEMENT

---

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

**Plaintiff: MOHAMED LY, et. al.**

**Defendants: Luxury Logistics, L.L.C. et al.**

**Case No: 3:23-cv-30043-MGM**

---

Dear Judge Mastroianni,

On March 4, a motion for judgment was filed in this case, inadvertently, and prematurely. In rectifying that procedural misstep, I am hereby making a Motion for Notice of Default Judgement, as I am committed to ensuring compliance with the court's rules and procedures, to the best of my abilities.

**Motion for Notice of Judgment:** This motion serves to correct the record and to inform the court that the previous motion for judgment was unintentionally filed prematurely.

**Requested Relief:** Plaintiffs respectfully request the court to grant this motion for notice of judgment and to consider it as the appropriate filing in lieu of, and as a preliminary procedural step to the previously filed motion for judgment.

Thank you for your attention to this matter. If there are any additional steps or information required from my end, to move this case forth, please do not hesitate to contact me, as I shall promptly follow what directives this Court makes in prosecuting this case to full closure.

**Respectfully Submitted, on this April 4, 2024**

Mohamed Ly, et al.

 Pro Se