**Motion Requesting a Conference**

---

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

**Plaintiff: MOHAMED LY, et. al.**

**Defendants: Luxury Logistics, L.L.C. et al.**

**Case No: 3:23-cv-30043-MGM**

---

Dear Judge Mastroianni,

I hope this letter finds you well. I am writing to respectfully request a conference in accordance with Local Rule 16.1(f) in the above-captioned matter, pending before this honorable court. I am mindful of any applicable Standing Orders or Administrative Orders governing such conferences.

As a lead plaintiff, in keep with our determination and duty to prosecute this case, I am deeply committed to pursuing this matter and seeking justice and accountability for myself and my family. Our pursuit for redress has led us to this Honorable Court, recognizing it as the sole avenue through which we can seek resolution in this matter.

Luxury Logistics and Belmont Moving were evidently deliberate and calculated in their malfeasance, inflicting grave harm upon my family and many others. Notably, they structured their payment methods to only accept cash, money orders, or wire transfers, deliberately excluding credit cards or debit cards as payment options. This calculated approach ensured that regardless of

their performance, whether perceived or factual, we would be left without recourse for recovering payments and/or damages.

By eliminating the option of credit card payments, they circumvented the standard protocol for resolving disputes between merchants and customers, thereby shielding themselves from potential repercussions. Their business model and payment limitations were designed to evade accountability and hinder our ability to seek recourse through conventional means.

In light of these circumstances and pursuant to Local Rule 16.1(f), I respectfully request a conference to discuss the progress of the case, clarify any outstanding matters, any particular actions/steps that may be required of me and my family, and seek your guidance on the best course of action moving forward. Your insights and direction are invaluable to me and my family as we navigate this complex legal process.

Additionally, we have gathered additional evidence, which is being submitted separately to the case, that will help the Court in assessing the magnitude of the tort and the wide and profound impact these malfeasant and non-compliant/non-insured moving companies are having on not just myself/my family, but dozens if not hundreds of other families taken advantage of by the defendants across the nation, with DOT Official Complaints and Yelp Reviews dating as late as March 2024. They had claimed to be going out of business when they delivered part of and mostly damaged portion of my family's belongings. But they have since re-registered in the state of Oregon, even as they continue to operate and defraud unsuspecting movers out of New Jersey. More importantly, **they have failed to respond to this Court and present any defense** before this Honorable Court in the face of egregious violations of the law.

Thank you for considering this request, on our path to justice and reparation. I look forward to the opportunity to confer with you and address the issues at hand.

Sincerely,

Respectfully submitted,

**Respectfully Submitted, on this April 4, 2024**

Mohamed Ly

 Pro Se