# VICTIMS IMPACT STATEMENT

---

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

**Plaintiff: MOHAMED LY, et. al.**

**Defendants: Luxury Logistics, L.L.C. et al.**

**Case No: 3:23-cv-30043-MGM**

---

Dear Judge Mastroianni,

Your Honor, I am submitting this affidavit and impact statement on behalf of myself and my family, and all similarly situated victims of the deceptive violations by Luxury Logistics and Belmont Moving to detail their egregious actions, companies that have built their business model on deception, fraud, and exploitation of individuals and families during the stressful and vulnerable process of moving. The evidence presented herein, manifesting from numerous negative reviews, from wronged customers, paint a clear picture of companies engaging in predatory, unethical, and likely criminal practices that have caused significant financial harm and emotional trauma to countless victims.

## I. Introduction

The materials provided paint in details a deeply disturbing picture of Defendants that have built their business model on systemic fraud, deception, and exploitation of individuals and families during one of the most stressful life events – moving. The evidence against Luxury Logistics

Moving is voluminous, consistent across numerous victims, and paints a clear pattern of criminal conduct that has caused severe financial harm and emotional trauma.

## II. Modus Operandi

The reviews, affidavits, and documented experiences reveal Luxury Logistics Moving's deplorable modus operandi:

1. Providing low initial quotes to lure customers into contracts.

2. Upon arrival, falsely claiming the belongings exceed estimates to demand inflated fees, often 30% or more above original quotes.

3. Threatening to abandon belongings or hold them hostage if extorted fees are not paid under duress.

4. Transporting belongings to warehouses and holding them hostage for extended periods beyond promised dates while charging excessive storage fees.

5. Demanding additional cash-only fees before/upon eventual delivery, even after thousands have already been forcibly paid through fraudulent and extortionist practices.

6. Delivering belongings in damaged, broken or missing condition, then making it extremely difficult to file legitimate claims or seek compensation. .

## III. Repeated Deceptions, Theft, and Abuse with Specific Examples of Egregious Conduct

Numerous specific examples from victims illustrate the severity of Luxury Logistics Moving's unconscionable conduct:

- This very class-action lawsuit details and substantiates their "horrible scammer practices" of only accepting untraceable cash/money order payments.

- Sydney P. warns others to avoid this company, as they attempted to extort additional money after agreeing to a price and refused to provide delivery information.

- Theresa R.'s goods were held hostage indefinitely, and when finally delivered, many were broken, missing, or did not belong to her.

- Sabrina C. was pressured into signing an inflated contract under duress, and the company now has her belongings while ignoring all communication attempts.

- Cheryl F. has been waiting over two months for delivery, with strong suspicions that her belongings may have been stolen outright.

Numerous victims detail having high-ticket and invaluable sentimental items lost, stolen or destroyed by the Luxury Logistics' malice, negligence and criminal practices.

The reviews contain numerous specific examples that illustrate the severity of Luxury Logistics Moving's unethical and likely criminal practices:

- Plaintiffs initiated a class-action lawsuit due to the company's "horrible scammer practices" of only accepting cash or money orders, a red flag for potential fraud.

- Sydney P. warns others to "RUN FAR AWAY" from this company, detailing how they attempted to extort additional money after agreeing to a price and refused to provide any information about delivery of belongings.

- Theresa R.'s goods were held hostage with no delivery date provided, and when finally delivered, many items were broken, missing or did not belong to her, which the movers threatened to discard.

- Sabrina C. describes being pressured to sign a contract under duress as the company inflated the moving cost without justification, and they now have possession of her belongings while ignoring all communication attempts.

- Cheryl F. has been waiting over two months for delivery of her belongings which the company possessed, with suspicion that they may have been stolen.

## IV. Violations of Laws and Regulations

The actions described constitute clear violations of various consumer protection laws, including:

- Unfair and deceptive trade practices

- Breach of contract

- Extortion and fraud

- Failure to comply with interstate moving regulations overseen by the FMCSA and DOT

## V. Widespread Financial Devastation and Severe Emotional Trauma

The financial impact of Luxury Logistics Moving's actions is staggering, with thousands or even tens of thousands of dollars stolen from each victim through fraudulent fees, and rises to hundreds of thousands in lost/damaged belongings, and excessive charges—treasured valuables gone, lives disrupted. The emotional toll is even more profound – irreplaceable family heirlooms, memorabilia, and cherished possessions have been lost or destroyed, leaving victims with a deep sense of violation, grief, and trauma.

Families have been left without their belongings for months or forever (as in some cases, Luxury Logistics only disposes/abandons people's household goods if they don't comply with their shakeup for too long), forced to sleep on floors, eat on the floor, or re-purchase essential items they have been unlawfully deprived of, and experience immense stress during an already turbulent life transition. The sense of betrayal is real, as this company systematically preyed upon people's desperation and fear of losing their most prized possessions.

## VI. Flagrant Violations of Laws and Regulations

Luxury Logistics Moving's actions constitute blatant violations of numerous state and federal laws, including:

- Unfair and deceptive trade practices

- Breach of contract

- Extortion and fraud

- Failure to comply with interstate moving regulations under the FMCSA and DOT

- Potential money laundering through cash-only payment demands

Their practices are criminal enterprises thinly veiled as a legitimate moving company, demonstrating a complete disregard for the law and ethical business conduct.

## VII. Pervasive Pattern of Systemic Abuse

The overwhelming evidence, spanning years of persistent complaints across multiple platforms, clearly indicates that Luxury Logistics Moving's unlawful actions are not isolated incidents. Rather, they represent a systemic, coordinated, and deliberate pattern of abuse aimed at defrauding and exploiting consumers for profit through despicable means. This is a corrupt organization that must be stopped.

## VIII. Severe Impact on Victims

Beyond the blatant financial losses, the practices of Luxury Logistics Moving have caused immense emotional distress, anxiety, and trauma to their victims. Personal belongings and irreplaceable sentimental items have been held hostage, damaged, or lost entirely. Victims have experienced profound grief and a sense of violation from having their trust betrayed so completely.

Families have gone months without belongings, forced to sleep on floors and re-purchase essentials. Impact Statement and Victims' public review are herewith submitted along with additional exhibits to ensure the Court has as comprehensive and detail as possible of the magnitude and  measure of the tort caused by Luxury Logistics' and Belmont Moving's actions, nationwide.

## IX. Systemic Pattern of Abuse

The sheer volume and consistency of the negative reviews clearly indicate that Luxury Logistics Moving's actions are not isolated incidents, but rather a systemic and intentional pattern of deceptive and exploitative practices. This is a company that has no regard for the law or ethical business conduct.

## X. Plea for Justice, Accountability and Harsh Deterrence

Your Honor, the evidence presented herein details a company that has engaged in egregious criminal acts causing severe financial harm and emotional trauma to countless victims. Their actions are an affront to the principles of ethical commerce and consumer protection. They must face the strongest possible consequences, including but not limited to:

- Full restitution to all victims, including refunds, compensation for damages/losses, and punitive damages
- Permanent revocation of all business licenses and prohibition from operating in any industry
- Criminal investigations and harsh penalties, including fines and imprisonment for those responsible

- Establishment of a victims' compensation fund from seized company assets and illegal proceeds

- Issuance of a stern judgment that sends an unmistakable message that such unconscionable, predatory practices will not be tolerated under any circumstances in a civilized society, for a moving industry plague with fraud, shell companies, and impunity.

This habitual, systematic criminality and utter disregard for personal possessions, human dignity and the Law cannot be allowed to persist. Plaintiffs implore this court to take decisive action to hold Luxury Logistics Moving accountable, provide justice and restitution for the countless victims, and ensure that similarly corrupt enterprises are deterred through precedent-setting consequences in an industry where regulatory violations are common practice. Justice and the sanctity of ethical business practices demand no less.

Your Honor, on behalf of myself, my family and all similarly situated who make their claim, I implore the Court to take decisive action against Luxury Logistics Moving to hold them accountable, including full restitution for victims, permanent revocation of business licenses, criminal charges for individuals responsible, establishment of a victim's compensation fund from the company's assets, and harsh penalties that send a clear message that such unconscionable conduct will not be tolerated. Justice begs to be served for the countless victims who have suffered at the hands of these corrupt enterprises.

**Respectfully Submitted, on this April 4, 2024**

Mohamed Ly, et al.

 Pro Se