# FOLLOW-UP ON MOTION FOR DEFAULT JUDGEMENT

---

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

**Plaintiff: Mohamed Ly**, individually and on behalf of all others similarly situated, Plaintiff, v. Luxury Logistics, LLC, Belmont Moving & Storage LLC, Defendants.

**Defendants: Luxury Logistics, L.L.C. et al.**

**Case No: 3:23-cv-30043-MGM**

---

Dear Judge Mastroianni,

Re: Case No. 3:23-cv-30043 - Ly v. Luxury Logistics, LLC et al.

I hope this letter finds you well. I am writing to respectfully inquire about the status and final disposition of the above-referenced case, particularly concerning the pending motion for default judgment.

I have been mindful of the time this court may need due to a possibly heavy docket. However, as your Honor has previously impressed upon me, it is my central duty to prosecute this case diligently. In compliance with your directives, I have submitted all necessary documents, including affidavits and an appropriate form of default judgment, as stipulated by the Federal Rules of Civil Procedure, Rule 55, and your detailed order dated June 6, 2024.

To recap the court's instructions:

1. A party making a motion for default judgment was required to comply with all the requirements of Fed. R. Civ. P. 55, particularly those related to filing affidavits and submitting an appropriate form of default judgment. This compliance was to be completed within 14 days of filing the motion.
2. The defendants had a 14-day period to file any substantiated opposition to the default judgment motion and to request a hearing thereon.
3. The Court indicated it would take up the motion for default judgment on the papers at the conclusion of this 14-day period.

Despite these clear instructions, the defendants have again failed to file any substantiated opposition to the default judgment motion or to request a hearing. This lack of response further underscores their continued disregard for the legal process and the seriousness of the charges against them.

I adhered strictly to these guidelines and filed the required documents promptly. However, despite the court's outlined timeline, it has been 54 days since these actions were taken, which is 26 days beyond the timeline provided by the Court. While I continue to be been mindful of the time this court may need due to a possibly heavy docket, I have been mindful of the time this court may need due to a possibly heavy docket. However, I am inquiring to ascertain if the Court has taken up the motion for default judgment and whether any further actions are necessary with respect to the Standing ORDER for default judgment.

My intention is not to rush the court's proceedings but to fulfill my duty to prosecute and seek a fair and just remedy for the injustices suffered. This duty was emphasized by your Honor early in the proceedings, and it is in this spirit that I respectfully seek an update or disposition on the default judgment pending before your Honor.

This case also has a significant class action aspect, with numerous individuals similarly affected by the defendants' deceptive and unlawful practices in the moving industry. The longer the resolution takes, the more potential harm may be inflicted on others. Therefore, timely resolution is in the best interest of all parties involved.

I look forward to the court's guidance on the next steps and the final resolution of this matter.

Respectfully submitted,

Mohamed Ly


Dated: July 29, 2024